**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James E. Bailey<br><br>　　　　Plaintiff,<br><br>vs.<br><br>City of Mesa, et al.,<br><br>　　　　Defendants. | No. CV-11-1718-PHX-PGR<br><br><br>ORDER |

Having considered Defendants City of Mesa and Detective Bocock['s] Motion to Dismiss State Law Claims (Doc.11) wherein they seek the dismissal of all of the state laws claims against them pursuant to Fed.R.Civ.P. 12(b)(6), and the plaintiff's response to that motion wherein he states that his complaint contains no state law claims as it is based solely on 42 U.S.C. § 1983,

IT IS ORDERED that Defendants City of Mesa and Detective Bocock['s] Motion to Dismiss State Law Claims (Doc.11) is denied.

DATED this 26th day of October, 2011.

Paul G. Rosenblatt
United States District Judge